```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 05800
   BETTY JEAN PETTIS FREEMAN
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0536


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/19/2006 and was confirmed 07/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  70.00%.

     The case was dismissed after confirmation 12/03/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG   17103.78          .00        17103.78
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    3336.66          .00             .00
WELLS FARGO AUTO FINANCE SECURED         25400.49      2559.45         9424.73
WELLS FARGO AUTO FINANCE UNSECURED       NOT FILED         .00             .00
ARONSON FURNITURE        SECURED           650.00        49.21          308.01
ARONSON FURNITURE        UNSECURED       NOT FILED         .00             .00
ARONSON FURNITURE        SECURED          2600.00       199.15         1182.03
ARONSON FURNITURE        UNSECURED       NOT FILED         .00             .00
ANDRIANA FURS            SECURED NOT I       .00           .00             .00
BOSE CORPORATION         SECURED NOT I       .00           .00             .00
BOSE CORPORATION         UNSECURED       NOT FILED         .00             .00
GREAT AMERICAN FINANCE   SECURED NOT I       .00           .00             .00
GREAT AMERICAN FINANCE   UNSECURED         3276.48         .00             .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED         .00             .00
BALLY TOTAL FITNESS      NOTICE ONLY     NOT FILED         .00             .00
BALLY TOTAL FITNESS      NOTICE ONLY     NOT FILED         .00             .00
CAPITAL ONE              UNSECURED          310.31         .00             .00
CAPTAL ONE               NOTICE ONLY     NOT FILED         .00             .00
CAPITAL ONE              UNSECURED          495.95         .00             .00
CAPTAL ONE               NOTICE ONLY     NOT FILED         .00             .00
CAPITAL ONE              UNSECURED          942.81         .00             .00
CAPTAL ONE               NOTICE ONLY     NOT FILED         .00             .00
CHASE                    UNSECURED       NOT FILED         .00             .00
CHASE MANHATTAN BANK     NOTICE ONLY     NOT FILED         .00             .00
GLOBAL PAYMENTS          UNSECURED       NOT FILED         .00             .00
HOLLYWOOD VIDEO ENT      UNSECURED       NOT FILED         .00             .00
HOLLYWOOD VIDEO          NOTICE ONLY     NOT FILED         .00             .00
ILLINOIS DEPT OF HUMAN S UNSECURED          1259.20        .00             .00
ILLINOIS DEPT HUMAN SERV NOTICE ONLY     NOT FILED         .00             .00
MAPLE STREET MERCHANTS   UNSECURED       NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED           255.00        .00             .00
POPULAR CLUB PLAN        NOTICE ONLY     NOT FILED         .00             .00
```

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 05800 BETTY JEAN PETTIS FREEMAN

```
RUSH-PRESBYTERIAN ST LUK  UNSECURED      NOT FILED              .00              .00
RUSH PRESBYTERIAN         NOTICE ONLY    NOT FILED              .00              .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED              .00              .00
RUSH UNIVERSITY MEDICAL   NOTICE ONLY    NOT FILED              .00              .00
SPIEGEL                   UNSECURED      NOT FILED              .00              .00
UNIVERSITY CARDIOLOGISTS  UNSECURED      NOT FILED              .00              .00
UNVERSITY CARDIOLOGISTS   NOTICE ONLY    NOT FILED              .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED              .00              .00
UNIVERSITY OF CHICAGO HO  NOTICE ONLY    NOT FILED              .00              .00
WELLS FARGO HOME MTG      NOTICE ONLY    NOT FILED              .00              .00
B-LINE LLC                UNSECURED         400.00              .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,500.00                          2,402.49
TOM VAUGHN                TRUSTEE                                           1,906.33
DEBTOR REFUND             REFUND                                            2,078.52

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  37,213.70

PRIORITY                                              .00
SECURED                                         28,018.55
   INTEREST                                      2,807.81
UNSECURED                                             .00
ADMINISTRATIVE                                   2,402.49
TRUSTEE COMPENSATION                             1,906.33
DEBTOR REFUND                                    2,078.52
                       ---------------    ---------------
TOTALS                   37,213.70              37,213.70
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 03/26/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```